*In re* ENMIENDA A LA REGLA 28 DEL REGLAMENTO NOTARIAL DE PUERTO RICO.

*Número:* ER-2000-01        *Resuelto:* 23 de febrero de 2000

## RESOLUCIÓN

Se enmienda el segundo párrafo de la Regla 28 —Acreditación de la Capacidad Representativa Voluntaria de un

---

Compareciente— del Reglamento Notarial de Puerto Rico, 4 L.P.R.A. Ap. XXIV, aprobado mediante Resolución de 14 de julio de 1995, para que lea del modo siguiente modo:

> *Regla 28. Acreditación de la capacidad representativa voluntaria de un compareciente*
>
> El carácter representativo de un compareciente deberá ser acreditado al notario mediante documento fehaciente, en cualquier momento antes del otorgamiento, salvo que exista la conformidad expresa de los demás comparecientes para que sea acreditado en momento posterior.
>
> El notario, a su discreción, copiará en la escritura el documento que le ha sido mostrado y que acredita la capacidad representativa de un compareciente. Cuando fuere solicitado por alguno de los comparecientes, el notario deberá copiar tal documento en la escritura. En todo caso, sin embargo, el notario consignará en la escritura el tipo de documento que se le ha presentado, así como la fecha de tal documento y el nombre del notario autorizante, de existirlo.
>
> Cuando no fuere acreditada la capacidad representativa al momento de la autorización, el notario deberá consignar expresamente en la escritura tal hecho y que los comparecientes han dado su anuencia para que la escritura sea autorizada y para la presentación en fecha posterior de la prueba documental de tal capacidad. En tal caso el notario consignará en la escritura que hizo a todas las partes la advertencia sobre la eficacia en suspenso de la escritura.

Esta resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*